## File Hashes for IP Address 108.28.115.46

**ISP:** Verizon FiOS
**Physical Location:** Burke, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/25/2014 00:35:51 | 6ABCE02AAC8214CFE0511C92323FC075BA35771E | Green Eyes |
| 07/24/2014 20:42:56 | B1A4ABE761CEE98FDCADE6723B3A01E2BD4AF522 | Elle Hearts Girls |
| 05/07/2014 09:54:30 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 04/18/2014 04:32:42 | 999AB8996B35673D65C5C7BCBB92247155EABCB3 | A Christmas Story |
| 04/17/2014 19:49:55 | 0BFB269E6A5877EF366BE4912AC251CD5C855F73 | Season of Love |
| 04/12/2014 18:13:53 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 03/28/2014 00:02:15 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 03/27/2014 22:26:57 | 5E4C94426F363EC6A29574A4F617250137B8D1BE | Threes Company |
| 03/27/2014 21:52:52 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 02/12/2014 07:09:01 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 02/09/2014 18:07:01 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 02/09/2014 17:59:30 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 02/06/2014 13:42:37 | 9C15AAB6DE602840D5C7FC02459384270FEB32A6 | Playing Dress Up |
| 01/27/2014 03:48:00 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 01/02/2014 02:02:16 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 01/02/2014 00:05:44 | B83B2B451FFF165795F5E6EF18292168282C6359 | Grow Up With Me |
| 01/01/2014 17:52:00 | A43186CE0F1ECABA41DE92FE0F4AB00CD112FC6D | Arrest Me |
| 10/13/2013 22:00:58 | 2257FF2254AA8CF703EDAF618177D76A70F02B5C | Digital Love |
| 10/13/2013 21:51:39 | 5366DB788B15DABD40658462711B0654A2EA206D | Deep Longing |
| 10/12/2013 12:49:27 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 10/12/2013 06:47:31 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 10/12/2013 00:48:39 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |

EVA56

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/25/2013 13:45:18 | C37067A5F4E764B5A1A54883186B3865763AC4D2 | Yoga Master and Student |
| 09/25/2013 12:54:41 | 585115E91F21C66775F5A0D987A50899AE74F5D7 | Unveiling Part #1 |
| 09/25/2013 11:30:21 | 043B516539A611AB2CF408DFBA75AC1CE858DF48 | A Little Rain Must Fall |

**Total Statutory Claims Against Defendant: 25**

EVA56

EXHIBIT A