**Copyrights-In-Suit for IP Address 108.28.115.46**

**ISP:** Verizon FiOS
**Location:** Burke, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 04/18/2014 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 09/25/2013 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 03/28/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 01/01/2014 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 10/12/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 10/13/2013 |
| Digital Love | PA0001863055 | 09/16/2013 | 09/20/2013 | 10/13/2013 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 07/24/2014 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 01/02/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/12/2014 |
| Green Eyes | PA0001843090 | 04/30/2013 | 05/14/2013 | 07/25/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/07/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 01/02/2014 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 10/12/2013 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 03/27/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 10/12/2013 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 02/06/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/09/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 04/17/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 01/27/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/12/2014 |

EVA56

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/09/2014 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 03/27/2014 |
| Unveiling Part #1 | PA0001863105 | 09/19/2013 | 09/23/2013 | 09/25/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 09/25/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 25**

EXHIBIT B

EVA56