IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
NOV 17 2014

MALIBU MEDIA, LLC,

    Plaintiff,

v.    Civil Action No. 1:14-cv-01087-CMH-JFA

JOHN DOE, subscriber assigned IP address
108.28.115.46,

    Defendant,

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 108.28.115.46. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: November 12, 2014

                                    Respectfully submitted,

                                    By: ___/s/ William E. Tabot___
                                    William E. Tabot PC
                                    9248 Mosby Street
                                    Manassas, VA 20110-5038
                                    Phone: 703-530-7075
                                    Email: wetabotesq@wetlawfirm.com
                                    *Attorney for Plaintiff*

*So Ordered*
*Claude M. Hilton*
*USDJ*
*Nov. 17, 2014*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>*/s/ William E. Tabot*</u>
William E. Tabot
